**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80038-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ROBERT MATTHEW CLARK**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 14]. On March 26, 2024, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 9] during which Defendant pled guilty to the sole Count of the Information [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 10]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to sole Count of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 1]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 14] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Robert Matthew Clark** as to the sole Count of the Information is **ACCEPTED**.

CASE NO. 24-80038-CR-CANNON

3. Defendant **Robert Matthew Clark** is adjudicated guilty of the sole Count of the Information, conspiracy to defraud the United States, pay health care kickbacks, and purchase MBIs, in violation of Title 18 U.S.C. § 371, Title 42 U.S.C. § 1320a-7b(b)(2) and 1320a-7b(b)(4) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of April 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record