UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-80038-CANNON

UNITED STATES OF AMERICA

vs.

ROBERT CLARK

        **Defendant**
_____/

**GOVERNMENT'S RESPONSE TO MOTION FOR DOWNWARD VARIANCE**

The United States, through undersigned counsel, hereby opposes the defense motion for downward variance. The Defendant's individual life circumstances and conduct do not warrant a variance pursuant to the 18 U.S.C. § 3553(a) factors, when compared against the serious nature of his criminal actions. In particular, the Defendant caused over $15 million of fraudulent billing to Medicare. Accordingly, the defense motion should be denied.

Dated: June 28, 2024                                           Respectfully submitted,

                                                                            MARKENZY LAPOINTE
                                                                            UNITED STATES ATTORNEY

                                                                            GLENN S. LEON
                                                                            CHIEF, FRAUD SECTION
                                                                            CRIMINAL DIVISION
                                                                            U.S. DEPARTMENT OF JUSTICE

                                           By:     _/s/ S. Babu Kaza_
                                                                            S. Babu Kaza
                                                                            Trial Attorney
                                                                            Florida Special Bar No. A5503027
                                                                            United States Department of Justice
                                                                            Criminal Division, Fraud Section

1

1400 New York Avenue, N.W.<br>
Washington, D.C. 20005<br>
Tel: (202) 531-1481<br>
Email: Sridhar.Babu.Kaza@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Katherine Payerle, hereby certify that on June 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  */s/ S. Babu Kaza*
S. Babu Kaza
Trial Attorney
Florida Special Bar No. A5503027
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 531-1481
Email: Sridhar.Babu.Kaza@usdoj.gov